IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GRAY DAVIS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-03-5326 AWI DLB P<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF BE DENIED LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS ACTION<br><br>[Doc. 2] |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2003, plaintiff filed a complaint and on May 3, 2003, plaintiff filed a motion to proceed in forma pauperis.

　　　　28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the record of actions filed by plaintiff in the United States District Court for the Eastern District of California reveals that plaintiff filed three or more actions that were dismissed as

frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1]  Thus, plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.  The court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding that she is, at this time, under imminent danger of serious physical injury.  Thus, plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed with this action.

Accordingly, based on the foregoing, the court HEREBY RECOMMENDS that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff be denied leave to proceed in forma pauperis;

2. Plaintiff be ordered to submit the $150.00 filing fee in full within fifteen (15) days; and

3. If plaintiff fails to pay the $150.00 filing fee in full within fifteen (15) days, this action be dismissed, without prejudice.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fifteen (15) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   May 2, 2006                        /s/ Dennis L. Beck
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has filed over 84 cases in this district and other districts.  Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are <u>Tubach v. Gomez</u> CV-F-97-5549 OWW DLB (dismissed 10/17/97 as frivolous); <u>Tubach v. Farmon</u> CV-F-96-5551 REC SMS (dismissed 2/24/98 as frivolous); <u>Tubach v. Rilly</u> CV-F-98-5603 REC HGB (dismissed 3/12/99 as frivolous).