UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH, | 1:03-cv-05326-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4) |
| vs. | |
| GRAY DAVIS, et al., | **ORDER DENYING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS** (Doc. 2) |
| Defendants. / | |

   Plaintiff, Isabel Tubach ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On May 3, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen (15) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed May 3, 2006, are ADOPTED IN FULL;

   2.   Pursuant to 28 U.S.C. § 1915(g), plaintiff is DENIED leave to proceed in forma pauperis (IFP);

   3.   Plaintiff submit the $150.00 filing fee in full within fifteen (15) days from the date of service of this order; and,

   4.   If plaintiff fails to pay the $150.00 filing fee in full within fifteen (15) days, this action be DISMISSED, without prejudice.

IT IS SO ORDERED.

**Dated:   July 29, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE

2