1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  ISABEL TUBACH,                      1:03-cv-05326-AWI-DLB-P

12              Plaintiff,              **ORDER ADOPTING FINDINGS AND**
                                        **RECOMMENDATIONS** (Doc. 6)
13  vs.
                                        **ORDER DISMISSING ACTION**
14  J. WOODFORD, et al.,

15              Defendants.
    _____/
16

17      Plaintiff, Isabel Tubach ("plaintiff"), a state prisoner

18  proceeding pro se, has filed this civil rights action seeking

19  relief under 42 U.S.C. § 1983.  The matter was referred to a

20  United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22      On November 20, 2006, the Magistrate Judge filed Findings

23  and Recommendations herein which were served on plaintiff and

24  which contained notice to plaintiff that any objections to the

25  Findings and Recommendations were to be filed within twenty (20)

26  days.  To date, plaintiff has not filed objections to the

27  Magistrate Judge's Findings and Recommendations.

28  //

                                  1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed November 20, 2006, are ADOPTED IN FULL; and,

2.    This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of July 31, 2006 to pay the filing fee.


IT IS SO ORDERED.

**Dated:    January 11, 2007**            _____/s/ Anthony W. Ishii_____
0m8i78                                    UNITED STATES DISTRICT JUDGE